

U.S. Department of Justice

RECEIVED IN THE CHAMBERS OF
WILLIAM M. NICKERSON

*United States Attorney*
*District of Maryland*    JUL 3 0 2008
*Southern Division*

UNITED STATES DISTRICT COURT

---

Rod J. Rosenstein
United States Attorney

Barbara S. Skalla
Assistant United States Attorney

400 *United States Courthouse*
6500 *Cherrywood Lane*
*Greenbelt, MD 20770-1249*

*DIRECT: 301-344-4130*
*MAIN: 301-344-4433*
*FAX: 301-344-4516*
*TTY/TDD: 301-344-2426*
*Barbara.Skalla@usdoj.gov*

July 28, 2008

The Honorable William M. Nickerson
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Re: U.S. v. Winestock, et al.
    Criminal No. WMN-90-454

Dear Judge Nickerson:

The government's responses to the pending § 3582(c) motions are currently due. Because responses to all of these motions in this district have been filed for the most part by two AUSA's in our office, I was not aware initially that the Winestock motions would be assigned to me. I would greatly some additional time to become familiar with the materials and collect the relevant data from the very old files. Consequently, I respectfully request an extension of time, until August 8, 2008, by which to file our responses.

Very Truly Yours,

Rod J. Rosenstein
United States Attorney

By: _____

Barbara S. Skalla
Assistant United States Attorney

cc: Denise Barrett, AFPD

" APPROVED " THIS 30ᵗʰ DAY
OF July , 20 08

SENIOR UNITED STATES DISTRICT JUDGE